## CLEMENTS v. THE STATE.
(Decided December 19, 1916.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

SANDERS & ROE, for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, J.—Affirmed on authority of *Cleve Clements v. State, infra,* 73 South. 765.

---

## RAGAN v. THE STATE.
(Decided June 30, 1916.)

APPEAL from Cherokee Circuit Court.

Heard before Hon. W. W. HARALSON.

GEO. D. MOTLEY, for appellant. W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.

BROWN, J.—The indictment follows the code form and is sufficient. Affirmed.

---

## THE STATE v. FULLER.
(Decided November 28, 1916.)

APPEAL from Coosa Chancery Court.

Heard before Hon. W. W. WHITESIDE.

W. L. MARTIN, Attorney General, for the State. GEO. A. SORRELL, and FELIX L. SMITH, for appellee.

BROWN, J.—The findings of the Chancellor will not be reviewed in the absence of a bill of exceptions, and the record being regular, the order admitting to bail will be affirmed.

Affirmed.

---

## THE STATE v. KUYKENDALL.
(Decided December 19, 1916.)

APPEAL from Winston Circuit Court.

Heard before Hon. J. J. CURTIS.

W. L. MARTIN, Attorney General, for the State. No counsel marked for appellee.

BROWN, J.—The appeal is dismissed on the authority of *State v. Berkstresser,* 137 Ala. 109, 34 South. 686, holding that the statute does not authorize an appeal in this case.